UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-3430 DMG (MRWx) | Date | November 17, 2015 |
| Title | Levy v. U.S.C.I.S. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:**   ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT OF COURT

1.  Pursuant to Federal Rule of Civil Procedure 35(a) and the government's request, the Court previously ordered Plaintiff Raul Julia Levy to personally appear at a designated lab facility to provide a DNA sample. (Docket # 56.) Plaintiff's lawyer participated in the telephonic hearing on the motion and received electronic service of the Court's order. Further, according to a joint status report that the government recently filed, Mr. Levy appeared to have been personally aware of the DNA testing order. (Docket # 57.) However, the parties informed the Court that Plaintiff failed to appear for testing as ordered.

2.  **IT IS HEREBY ORDERED** that Plaintiff Raul Julia Levy will appear in the United States District Court, 255 E. Temple St., Los Angeles, California, in Courtroom 550 – 5th Floor, on Monday, November 23, 2015, at 9:30 a .m., to show cause why he should not be found in contempt of court for failure to obey the Court's previous order. See 18 U.S.C. §§ 401, 402; 28 U.S.C. § 636.

3.  Plaintiff's lawyers at the Katten Muchin law firm are directed to promptly file a notice with the Court demonstrating that they personally informed Plaintiff of the substance of this OSC. Plaintiff's lawyers are further directed to appear at the OSC hearing. Government counsel may appear by telephone or Skype (contact Judge Wilner's courtroom deputy clerk for details).

4.  Alternatively, Plaintiff may discharge this OSC – and eliminate any potential contempt proceedings – by **immediately** making satisfactory arrangements with the government for monitored DNA testing in the presence of U.S. C.I.S. personnel at a LabCorp facility to be completed by 3 p.m. on Friday, November 20.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3430 DMG (MRWx) | Date | November 17, 2015 |
|---|---|---|---|
| Title | Levy v. U.S.C.I.S. | | |

**Plaintiff is informed that willful or deliberate failure to comply with the terms of this Order may lead to a recommendation to the district judge certifying contemptuous conduct pursuant to 28 U.S.C. § 636.**