**JS-6**

# UNITED STATES DISTRICT COURT FOR
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RAUL JULIA LEVY, | ) | Case **No.: CV12-03430-DMG (MRWx)** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER RE: JOINT STIPULATION** |
| | ) | **TO DISMISS [59]** |
| UNITED STATES CITIZENSHIP | ) | |
| AND IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court hereby GRANTS the parties' joint stipulation to dismiss. Plaintiff's complaint is hereby DISMISSED WITH PREJUDICE. The Court further ORDERS that each side will bear its own costs and expenses.

The final pretrial conference on December 15, 2015 and the trial on January 19, 2016 are hereby VACATED.

DATED: November 19, 2015    _____
DOLLY M. GEE
United States District Judge

cc: Hon. Michael R. Wilner